# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

Pexco LLC,

        Plaintiff,

   vs.

Fencescreen, Inc.,

        Defendant.

Case No. 8:18-cv-00907-JFW-JPR

**PRELIMINARY INJUNCTION**

    The Court on September 12, 2018 issued its Order granting Plaintiff's preliminary injunction motion [Docket No. 51]. The Court found that good cause exists for the granting of the motion as set forth in the Order.

    NOW THEREFORE, the Court hereby **ORDERS**, effective upon the posting of undertaking in the amount of $25,000 as set forth in the Order, and pending trial or further order of the Court, as follows:

    Defendant Fencescreen, Inc., its agents, and any employees, agents, servants, officers, representatives, directors, successors, affiliates and assigns and entities owned or controlled by Defendant, and all those in active concert and/or participation with Defendant, and each of them who receive notice of such injunction, pending trial on the merits, be and hereby are enjoined and restrained from engaging in the following acts:

i.     manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling, and/or using in any manner (including but not limited to, in any search engine sponsored advertisements, URL, and/or website meta tag, page source, or page info) Pexco's **FENCE WEAVE** trademark, and/or any reproduction, counterfeit, copy, or colorable imitation or simulation thereof, and/or any spurious designation that is identical to or substantially indistinguishable from the **FENCE WEAVE** trademark, on and/or in connection with any fence product imported, distributed, advertised, marketed, offered for sale, and/or sold by Defendant in the United States, and/or imported into the United States, that is not or was not manufactured by or on behalf of Plaintiff; and

ii.     instructing, assisting, aiding, or abetting any person or entity in engaging in or performing any of the activities referred to in subparagraph (i).

IT IS SO ORDERED.

Dated: September 21, 2018

_____
Honorable John F. Walter
Judge, United States District Court

29074751