JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Pexco LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Fencescreen, Inc.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:18-cv-00907-JFW-JPR<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT**<br><br>**The Honorable John F. Walter**<br>Courtroom 7A<br>United States Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012 |

　　　Plaintiff, Pexco LLC, and Defendant, Fencescreen, Inc., having advised the Court that they have settled this Civil Action as relates to the claims between them, which compromise and settlement includes among its provisions the entry of injunctive relief, and Plaintiff and Defendant having submitted this Final Judgment and Permanent Injunction to the Court, on full consent as indicated below:

　　　**IT IS HEREBY ORDERED AND ADJUDGED that:**

　　　1.　　This Court has jurisdiction of the subject matter of the claims asserted herein and the above-named parties to this action.

2. Plaintiff Pexco LLC ("Pexco"), is the owner of the trademark **FENCE WEAVE®**, and the U.S. registration therefor, no. 1,744,536 (registered January 5, 1993) and the trademark **WINGED SLAT®** 1,865,283 (registered November 29, 1994), and U.S. Copyright Registration No. VA 2-097-677.

3. Pexco's **FENCE WEAVE®** mark, and the U.S. registration therefor, no. 1,744,536, Pexco's **WINGED SLAT®** mark and the U.S. registration therefor, no. 1,865,283, and Pexco's U.S. Copyright Registration No. VA 2-097-677 are each good and valid in law.

4. Plaintiff is entitled to an award of damages in the amount of $250,000.

5. Defendant Fencescreen, its agents, and any employees, agents, servants, officers, representatives, directors, attorneys, successors, affiliates, assigns, and entities owned or controlled by Defendant, and all those in active concert and/or participation with Defendant, and each of them who receives notice directly or otherwise of such injunction, hereby are permanently enjoined and prohibited from:

    i. manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling, and/or otherwise dealing in the infringing and/or counterfeit FENCE WEAVE and/or WING SLATS product;

    ii. using in any manner (including but not limited to, in any search engine sponsored advertisements, URL, and/or website meta tag, page source, or page info) Pexco's **FENCE WEAVE®** and/or **WINGED SLAT®** marks, and/or any reproduction, counterfeit, copy, or colorable imitation or simulation thereof, and/or any spurious designation that is identical to or substantially indistinguishable from any of said marks, including but not limited to "WING SLATS", on and/or in connection with any fence product imported, distributed, advertised, marketed, offered for sale, and/or

sold by Defendant in the United States, and/or imported into the United States, that is not manufactured by or on behalf of Plaintiff;

  iii. importing, reproducing, copying, distributing copies of, and/or making derivative works based upon copies of, and/or the making of derivative works based upon, Pexco's Original Photograph Work as shown in Exhibit A hereto and/or inducing and/or contributing to the importation, reproduction, copying, distribution of copies of, and/or the making of derivative works based upon, the Original Photograph Work; and

  iv. instructing, assisting, aiding, or abetting any person or entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii).

9. Final judgment is entered in favor of Plaintiff.

10. Defendant's counterclaims are hereby dismissed.

11. Each of the parties shall pay their own costs and attorneys' fees in connection with this action.

12. The Court shall retain jurisdiction to enforce the terms of the Permanent Injunction set forth in this Order.

**IT IS SO ORDERED.**

Dated: June 14, 2019

**HONORABLE JOHN F. WALTER**
**UNITED STATES DISTRICT JUDGE**